# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Imran Chaudhry Shams,<br><br>Defendant. | Case No. 2:22-CR-00154-SB<br><br>**ORDER OF DETENTION** |

On April 20, 2022, Defendant Imran Chaudhry Shams made his initial appearance on the Indictment filed in this matter. At Defendant's request, the detention hearing was continued to April 27, 2022, and the Court found good cause for Defendant's request to continue the detention hearing one week from the date of the initial appearance.

A detention hearing was held on April 27, 2022. Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that no condition or combination of conditions will reasonably assure:

☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g) The Court also considered the allegations in the Indictment and the Reports and Recommendation of detention of the Pretrial Services Agency dated April 20 and April 27, 2022, which include the Report and Recommendation of the Pretrial Services Agency in the Eastern District of New York dated November 16, 2017.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant is a citizen of and has family ties to Pakistan;

☒ Since coming to the United States in 1985, Defendant has traveled to Pakistan, Europe and South America;

☒ Defendant is alleged to have laundered hundreds of thousands of dollars to Pakistan;

☒ Defendant is charged in the Indictment with conspiracy to commit health care fraud and to defraud the United State and to solicit, receive, offer and pay illegal remuneration for health care referrals, illegal

remuneration for health care referrals, false statements to secure health care payments, and conspiracy to commit money laundering;

☒ Defendant committed the offenses alleged in the Indictment while on bond and pending sentencing in the Eastern District of New York for a similar federal health care fraud offense (he pled guilty to conspiracy to commit money laundering, conspiracy to receive and pay health care kickbacks, and conspiracy to defraud by obstructing the lawful functions of the Internal Revenue Service) involving an $18 million fraud;

☒ Defendant's prior convictions include Medicaid fraud in 1989, felony grand theft related to Medicare and Medi-Cal billing fraud in Orange County Superior Court in 2001, and driving under the influence of alcohol in 2007, 2009 and 2013.

As to danger to the community:

☒ The allegations in the Indictment, as set forth above;

☒ Defendant's prior convictions, as set forth above, and his pattern of similar criminal conduct that endangers the community.

☒ Defendant committed the alleged offenses while on bond and pending sentencing for similar conduct, as set forth above.

It is therefore ORDERED that Defendant Imran Chaudhry Shams be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. See 18 U.S.C. § 3142(i).

Dated: April 27, 2022

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE